UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 20-107 |
| | : | |
| SHWAN AL-MULLA | : | NOTICE OF APPEARANCE |
| | : | |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by Francesca Liquori (Francesca.Liquori3@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

*s/ Francesca Liquori*
By: Francesca Liquori
Assistant U.S. Attorney

Dated:   April 12, 2023